## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>**GABRIEL F. HERNANDEZ,**<br>　　　Defendant, | **Crim. No.: 20-339 (PAD)** |

### RESPONSE TO MOTION TO MODIFY CONDITIONS OF BAIL

**TO THE HONORABLE COURT:**

**COMES NOW** the United States, through the undersigned attorney, and very respectfully states as follows:

On August 4, 2023 the United States Probation Office filed a Motion to Modify Conditions of Release (D.E. 71) to eliminate the drug testing requirement of the applicable conditions of pre-trial release. The United States has no objection to the request to modify this condition.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

　　　**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　W. STEPHEN MULDROW
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

2

 s/Seth A. Erbe
Seth A. Erbe
Assistant United States Attorney
USDC – PR No. 220807
seth.a.erbe@usdoj.gov